ORIGINAL

FILED
DEC 19 2006
U.S. COURT OF FEDERAL CLAIMS

**UNITED STATES COURT OF FEDERAL CLAIMS**

**GULF GROUP GENERAL ENTERPRISES CO. W.L.L.**

**Plaintiff,**

**VERSUS**

**THE UNITED STATES OF AMERICA**

**Defendant,**

**Case No.:** 06-853 C

**COMPLAINT**

**NOW COME** plaintiff, Gulf Group General Enterprises Co. W.L.L. (hereinafter "Gulf Group"), and for its complaint against The United States of America (hereinafter "the Government"), avers as follows:

**1.**

At all pertinent times Plaintiff, Gulf Group, is a Kuwait corporation with its principal place of business in Kuwait City, Kuwait.

**2.**

At all pertinent times Defendant, the United States of America, was acting through the Department of the Army, U.S. Army Contracting Command SWA-Kuwait (ARCENT) at Camp Arifjan.

**3.**

Jurisdiction over this case is based on the Contract Dispute Act of 1978, 41 U.S.C. §601 *et seq.*, and the Tucker Act, 28 U.S.C. §1491 for claims against the United States.

**4.**

This is a contract action based upon the Contracting Officer's denial of Gulf Group's certified claim submitted on October 20, 2005. The Contracting Officer failed within sixty (60) days of receipt of the claim, or within a reasonable time thereafter, to issue a Final Decision as required under 41 U.S.C. §§605(c)(1) and (c)(3). The Contracting Officer's failure to issue a final decision within the required period is deemed to be a denial of the claim. This Court therefore has jurisdiction pursuant to the Contract Dispute Act.

**5.**

On September 18, 2004, the Government through the Department of the Army, U.S. Army Contracting Command SWA-Kuwait (ARCENT) awarded to Gulf Group a Fixed Price Service Contract No. W912D1-04-P-0897 (attached hereto as Exhibit "A"), for the procurement and supply of dumpsters to Camp Arifjan in Kuwait, and to provide services to the dumpsters such as emptying their contents, and cleaning services for those dumpsters, with a period of performance from September 25, 2004 through September 24, 2007 (hereinafter "the Contract.") The Government's specific requirements under the contract and the agreed fixed price for each such requirement are contained in the contract items No. 1001 AA, 1001 AB, 1001 AC, 2001AA, 2001AB, 2001AC, 3001AA, 3001AB, 3001AC, 4001AA, 4001AB, 4001AC, 5001AA, 5001AB, and 5001AC found at pages 2-16 of Exhibit "A."

**6.**

The subject contract was the result of the ARCENT solicitation No. W912D1-04-T-0339 issued on August 28, 2004, attached hereto as Exhibit "B."

**7.**

Upon award of the contract on September 18, 2004, in order to ensure an expeditious and effective performance of its contractual obligations, Gulf Group immediately took steps to acquire the necessary equipment, supplies, personnel needed for Gulf Group to procure their delivery, placement, maintenance and service, and to therefore comply with its contractual obligations. Specifically, Gulf Group purchased the 6-cubic meter and 20-cubit meter dumpsters required under the contract, entered in service agreements with subcontractors for the supply of tissue paper, cleaning services, and personnel to maintain and service the dumpsters, all at the cost of KWD200,501.200 or US $686,860.00

**8.**

Gulf Group was fully supplied and staffed to perform under the contract and was ready to continue to fully perform for the duration of the contract, including any potential future extensions of the same.

**9.**

On or about October 22, 2004, after Gulf Group had already adequately commenced performing its contractual duties, and after incurring substantial preparatory costs to perform under the Contract for the entire term including any potential extensions, the U.S. Army Contracting Officer, without warning or just reason, and solely for the convenience of the Government, following the command directive of the ASC Commander SWA Col Brick Miller, 3rd. Army Arcent, Kuwait, issued an Amendment of Solicitation/Modification of Contract number P00005 (attached hereto as Exhibit "C") and cancelled the Contract.

**10.**

The Government, by virtue of its decision to cancel the contract for its convenience, is required to compensate Gulf Group fully and to put Gulf Group in as good a position as it would have been had the Government not cancelled the contract, including compensation for the services supplied, profits it anticipated to generate for the full term of the Contract, as well as for the preparatory expenses incurred in furtherance of the contract plus interest.

**11.**

As a result of the Government's cancellation of the Contract solely for the convenience of the Government, Gulf Group incurred damages in the form of preparatory expenses, unpaid services actually rendered, lost profits, and legal fees in the amount presently estimated to be $1,800,000.

**12.**

On or about October 20, 2005, prior to the commencement of this action, and in compliance with Federal Acquisition Regulation (FAR) Part 49.206, found at 48 C.F.R. § 49.206, Gulf Group timely filed an administrative claim against the Government by serving on the Contracting Officer, Major John Cockerham, a Certified Claim and Settlement Offer (attached hereto as Exhibit "D.") More than 60 days have passed since the filing of Gulf Group's Certified Claim and Settlement Offer without the Contracting Officer issuing a final decision on Gulf Group's Certified Claim and Settlement Offer. Therefore, pursuant to 41 U.S.C. §§605(c)(1) and (c)(3), Gulf Group's claim is deemed denied and this lawsuit followed.

**WHEREFORE,** Plaintiff prays that:

I. Judgment be entered in favor of the Plaintiff, Gulf Group General Enterprises Co. W.L.L. and against The United States, in the amount of $1,800,000, together with interest, costs and

attorney fees; and

III. Plaintiff be awarded such other relief as it may be entitled to receive under the law.

Dated: December 18, 2006

Respectfully submitted,

ILIAURA HANDS (LA # 23115)
MILLER & WILLIAMSON LLC
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 525-9800
Telefax: (504) 525-9820
Email: ili@miller-llc.com

***Attorneys for Plaintiff, Gulf Group General Enterprises Co. W.L.L.***

PLEASE SERVE:

THE UNITED STATES
THROUGH THE CLERK OF COURT