# EXHIBIT C

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER:
PAGE 1 OF 20

- 2. CONTRACT NO.: W912D1-04-P-0897-P00005
- 3. AWARD/EFFECTIVE DATE: 18-Sep-2004
- 4. ORDER NUMBER:
- 5. SOLICITATION NUMBER: W912D1-04-T-0339
- 6. SOLICITATION ISSUE DATE: 28-Aug-2004
- 7. FOR SOLICITATION INFORMATION CALL: a. NAME: JOHN L. COCKERHAM; b. TELEPHONE NUMBER (No Collect Calls): 011-965-389-2136
- 8. OFFER DUE DATE/LOCAL TIME: 09:00 AM 31 Aug 2004

9. ISSUED BY — CODE: W912D1
US ARMY CONTRACTING COMMAND SWA-KUWAIT
HQ BUILDING #218
CAMP ARIFJAN, KUWAIT AE 09366
TEL: 389 2335
FAX: 389 2333

10. THIS ACQUISITION IS
[X] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)
SIC: 4953
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

13a. [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
[X] RFQ [ ] IFB [ ] RFP

15. DELIVER TO — CODE:
**SEE SCHEDULE**

16. ADMINISTERED BY — CODE:
**SEE ITEM 9**

17a. CONTRACTOR/ OFFEROR — CODE: SX163
GULF GROUP GENERAL ENTERPRISES CO. W.L.L
SALHIYA COMMERCIAL COMPLEX 4TH ENTRANCE,
SAFAT 13077
TEL. 965-246-8111
FACILITY CODE: SX163

18a. PAYMENT WILL BE MADE BY — CODE: S09076
ARCENT-KU-FINANCE SUPPORT UNIT
ATTN: COMMERCIAL ACCOUNTS
FAX: 965-468-5219; PHONE 965-468-2051
APO AE 09889-9900

17b. [ ] CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

25. ACCOUNTING AND APPROPRIATION DATA
See Schedule

26. TOTAL AWARD AMOUNT
$0.00

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3, 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REFERENCE OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER): Gloria D. Davis
31c. DATE SIGNED: 20-Sep-2004

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)
Gloria D. Davis / Contracting Officer
TEL: 011-965-389-2335 EMAIL: gloria.davis@arifjan.arcent.army.mil

32a. QUANTITY IN COLUMN 21 HAS BEEN
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER
[ ] PARTIAL [ ] FINAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED CORRECT FOR

32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE

32c. DATE

36. PAYMENT
[ ] COMPLETE [ ] PARTIAL [ ] FINAL

37. CHECK NUMBER

38. S/R ACCOUNT NUMBER

39. S/R VOUCHER NUMBER

40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41c. DATE

42a. RECEIVED BY (Print)

42b. RECEIVED AT (Location)

42c. DATE REC'D (YY/MM/DD)

42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION

STANDARD FORM 1449 (10-95)
Prescribed by GSA
FAR (48 CFR) 53.212

EXHIBIT

Section SF 1449 - CONTINUATION SHEET

STATEMENT OF WORK

## SCOPE OF WORK

The scope of work under this contract shall generally consist of, but not necessarily be limited to, the vendor supplying all cleaning equipment, haul assets, labor, dumpsters, and related items and devices for supplying trash dumpsters at various locations on Camp Arifjan and surrounding base clusters.

1. The vendor shall supply an individual capable of speaking fluent English as a single point of contact to support the daily operations associated with this contract. This individual will be available will be available on Camp Arifjan six (6) days per week, Saturday thru Thursday, from 8 am to 5 pm.
2. The 6 cubic meter dumpsters shall be emptied one (1) time per day.
3. The 20 cubic meter dumpsters shall be emptied one (1) time per week.
4. On a quarterly rotating schedule, twenty five percent (25%) of the 6 cubic meter dumpsters will be steam cleaned. The vendor will coordinate with the COR one (1) week in advance to identify dumpsters for cleaning. No steam cleaning shall be performed on Camp Arifjan or surrounding base clusters.
5. Any dumpster servicing a dining facility (DFAC) will be steam cleaned once per month and shall be emptied three (3) times per day. No steam cleaning shall be performed on Camp Arifjan or surrounding base clusters.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | | Months | | |

NEW Dumpster Service
FFP
The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws. This contract period is from 25 SEPT 04 until 24 MAR 05

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | | 6 | Months | $0.00 | $0.00 |

156 Dumpsters Serviced
FFP
The contract is for 156 dumpster with a volume of 6-Cubit Meters with a service of 1 DUMP PER DAY. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall empty each container one time per day. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $0.00

ACRN AB Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | | 6 | Months | $0.00 | $0.00 |

67 Dumpsters Serviced
FFP
This contract subclin is for 67 dumpsters with a volume of 6-cubit meters with 3 dumps per day. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $0.00

ACRN AA Funded Amount $0.00
ACRN AB Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AC | | 6 | Months | $0.00 | $0.00 |

10 Dumpsters Serviced
FFP
The contract include 10 dumpsters with a volume of 20 cubit Meters with a 1 Dump Per Day service. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $0.00

ACRN AA Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001 | | | Months | | |

Dumpster Service
FFP
The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws. This contract period is from 25 March 05 until 24 SEPT 05.

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AA<br>OPTION | | 6 | Months | $19,259.00 | $115,554.00 |

156 Dumpsters Serviced
FFP
The contract is for 156 dumpster with a volume of 6-Cubit Meters with a service of 1 DUMP PER DAY. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $115,554.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AB OPTION | 67 Dumpsters Serviced FFP | 6 | Months | $19,796.61 | $118,779.66 |

This contract subclin is for 67 dumpsters with a volume of 6-cubit meters with 3 dumps per day. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $118,779.66

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AC OPTION | 10 Dumpsters Serviced FFP | 6 | Months | $6,141.24 | $36,847.44 |

The contract include 10 dumpsters with a volume of 20 cubit Meters with a 1 Dump Per Day service. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $36,847.44

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2001 | | | Months | | |

Dumpster Service
FFP
The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws. This contract period is from 25 SEP 05 until 24 MAR 06.

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2001AA OPTION | | 6 | Months | $18,055.37 | $108,332.22 |

156 Dumpsters Serviced
FFP
The contract is for 156 dumpster with a volume of 6-Cubit Meters with a service of 1 DUMP PER DAY. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $108,332.22

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2001AB | | 6 | Months | $18,559.32 | $111,355.92 |
| OPTION | 67 Dumpsters Serviced | | | | |
| | FFP | | | | |

This contract subclin is for 67 dumpsters with a volume of 6-cubit meters with 3 dumps per day. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $111,355.92

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2001AC | | 6 | Months | $5,758.19 | $34,549.14 |
| OPTION | 10 Dumpsters Serviced | | | | |
| | FFP | | | | |

The contract include 10 dumpsters with a volume of 20 cubit Meters with a 1 Dump Per Day service. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $34,549.14

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3001 | | | Months | | |

Dumpster Services
FFP
The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws. This contract period is from 25 MAR 06 until 24 SEP 06.

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3001AA OPTION | | 6 | Months | $16,851.41 | $101,108.46 |

156 Dumpsters Serviced
FFP
The contract is for 156 dumpster with a volume of 6-Cubit Meters with a service of 1 DUMP PER DAY. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $101,108.46

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3001AB | | 6 | Months | $17,322.03 | $103,932.18 |
| OPTION | 67 Dumpsters Serviced<br>FFP | | | | |

This contract subclin is for 67 dumpsters with a volume of 6-cubit meters with 3 dumps per day. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $103,932.18

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3001AC | | 6 | Months | $5,374.58 | $32,247.48 |
| OPTION | 10 Dumpsters Serviced<br>FFP | | | | |

The contract include 10 dumpsters with a volume of 20 cubit Meters with a 1 Dump Per Day service. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $32,247.48

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4001 | | | Months | | |

Dumpster Services
FFP
The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws. This contract period is from 25 SEP 06 until 24 MAR 07.

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4001AA OPTION | | 6 | Months | $16,851.41 | $101,108.46 |

156 Dumpsters Serviced
FFP
The contract is for 156 dumpster with a volume of 6-Cubit Meters with a service of 1 DUMP PER DAY. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws. T

NET AMT $101,108.46

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4001AB | | 6 | Months | $17,322.03 | $103,932.18 |
| OPTION | 67 Dumpsters Serviced<br>FFP | | | | |

This contract subclin is for 67 dumpsters with a volume of 6-cubit meters with 3 dumps per day. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $103,932.18

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4001AC | | 6 | Months | $5,374.58 | $32,247.48 |
| OPTION | 10 Dumpsters Serviced<br>FFP | | | | |

The contract include 10 dumpsters with a volume of 20 cubit Meters with a 1 Dump Per Day service. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $32,247.48

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5001 | | | Months | | |

Dumpster Services
FFP
The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws. This contract period is from 25 MAR 07 until 24 SEP 07.

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5001AA OPTION | | 6 | Months | $7,855.93 | $47,135.58 |

156 Dumpsters Serviced
FFP
The contract is for 156 dumpster with a volume of 6-Cubit Meters with a service of 1 DUMP PER DAY. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $47,135.58

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5001AB | | 6 | Months | $8,075.71 | $48,454.26 |
| OPTION | 67 Dumpsters Serviced<br>FFP<br>This contract subclin is for 67 dumpsters with a volume of 6-cubit meters with 3 dumps per day. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws. | | | | |

NET AMT $48,454.26

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5001AC | | 6 | Months | $2,506.21 | $15,037.26 |
| OPTION | 10 Dumpsters Serviced<br>FFP<br>The contract include 10 dumpsters with a volume of 20 cubit Meters with a 1 Dump Per Day service. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws. | | | | |

NET AMT $15,037.26

Funded Amount $0.00

FOB: Destination

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | Destination | N/A | N/A | Government |
| 0001AA | Destination | N/A | N/A | Government |

| | | | | |
|---|---|---|---|---|
| 0001AB | Destination | N/A | N/A | Government |
| 0001AC | Destination | N/A | N/A | Government |
| 1001 | Destination | N/A | N/A | Government |
| 1001AA | Destination | Government | Destination | Government |
| 1001AB | Destination | N/A | N/A | Government |
| 1001AC | Destination | N/A | N/A | Government |
| 2001 | Destination | N/A | N/A | Government |
| 2001AA | Destination | N/A | N/A | Government |
| 2001AB | Destination | N/A | N/A | Government |
| 2001AC | Destination | N/A | N/A | Government |
| 3001 | Destination | N/A | N/A | Government |
| 3001AA | Destination | N/A | N/A | Government |
| 3001AB | Destination | N/A | N/A | Government |
| 3001AC | Destination | N/A | N/A | Government |
| 4001 | Destination | N/A | N/A | Government |
| 4001AA | Destination | N/A | N/A | Government |
| 4001AB | Destination | N/A | N/A | Government |
| 4001AC | Destination | N/A | N/A | Government |
| 5001 | Destination | N/A | N/A | Government |
| 5001AA | Destination | N/A | N/A | Government |
| 5001AB | Destination | N/A | N/A | Government |
| 5001AC | Destination | N/A | N/A | Government |

DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|
| 0001 | POP 25-SEP-2004 TO 24-MAR-2005 | N/A | DOL, SUPPORT OPERATIONS<br>PHILIP SHARP<br>BLDG 25<br>DOHA AE 09889<br>970-5952<br>FOB: Destination | |
| 0001AA | N/A | N/A | N/A | N/A |
| 0001AB | N/A | N/A | N/A | N/A |
| 0001AC | N/A | N/A | N/A | N/A |
| 1001 | POP 25-MAR-2005 TO 24-SEP-2005 | N/A | N/A<br>FOB: Destination | |
| 1001AA | POP 25-MAR-2005 TO 24-SEP-2005 | N/A | N/A<br>FOB: Destination | |
| 1001AB | N/A | N/A | N/A | N/A |
| 1001AC | N/A | N/A | N/A | N/A |

| | | | | |
|---|---|---|---|---|
| 2001 | POP 25-SEP-2005 TO 24-MAR-2006 | N/A | N/A<br>FOB: Destination | |
| 2001AA | N/A | N/A | N/A | N/A |
| 2001AB | N/A | N/A | N/A | N/A |
| 2001AC | N/A | N/A | N/A | N/A |
| 3001 | POP 25-MAR-2006 TO 24-SEP-2006 | N/A | N/A<br>FOB: Destination | |
| 3001AA | N/A | N/A | N/A | N/A |
| 3001AB | N/A | N/A | N/A | N/A |
| 3001AC | N/A | N/A | N/A | N/A |
| 4001 | POP 25-SEP-2006 TO 24-MAR-2007 | N/A | N/A<br>FOB: Destination | |
| 4001AA | N/A | N/A | N/A | N/A |
| 4001AB | N/A | N/A | N/A | N/A |
| 4001AC | N/A | N/A | N/A | N/A |
| 5001 | POP 25-MAR-2007 TO 24-SEP-2007 | N/A | N/A<br>FOB: Destination | |
| 5001AA | N/A | N/A | N/A | N/A |
| 5001AB | N/A | N/A | N/A | N/A |
| 5001AC | N/A | N/A | N/A | N/A |

ACCOUNTING AND APPROPRIATION DATA

AA: 2142020000007620B4P1351970000254000000OW91XRV42120316Q8PW83S09076
AMOUNT: $0.00

AB: 2142020000007620B4P1351970000254000000OW91XRV4212031622ZA583S09076
AMOUNT: $0.00

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | JUL 1995 |

| | | |
|---|---|---|
| 52.212-4 | Contract Terms and Conditions--Commercial Items | OCT 2003 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | DEC 2003 |
| 52.225-14 | Inconsistency Between English Version And Translation Of Contract | FEB 2000 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.212-7001 | Contract Terms and Conditions Required to Implement Statutes or Executive Orders Applicable to Defense Acquisitions of Commercial Items | JUN 2004 |
| 252.225-7041 | Correspondence in English | JUN 1997 |
| 252.225-7042 | Authorization to Perform | APR 2003 |
| 252.232-7008 | Assignment of Claims (Overseas) | JUN 1997 |
| 252.233-7001 | Choice of Law (Overseas) | JUN 1997 |

CLAUSES INCORPORATED BY FULL TEXT

52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days of which the Contracting Officer may exercise the option).

(End of clause)

52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 60 days (insert the period of time within which the Contracting Officer may exercise the option); provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 5 years.
(End of clause)

52.232-34 PAYMENT BY ELECTRONIC FUNDS TRANSFER—OTHER THAN CENTRAL CONTRACTOR REGISTRATION (MAY 1999)

(a) Method of payment. (1) All payments by the Government under this contract shall be made by electronic funds transfer (EFT) except as provided in paragraph (a)(2) of this clause. As used in this clause, the term "EFT" refers to the funds transfer and may also include the payment information transfer.

(2) In the event the Government is unable to release one or more payments by EFT, the Contractor agrees to either--

(i) Accept payment by check or some other mutually agreeable method of payment; or

(ii) Request the Government to extend payment due dates until such time as the Government makes payment by EFT (but see paragraph (d) of this clause).

(b) Mandatory submission of Contractor's EFT information. (1) The Contractor is required to provide the Government with the information required to make payment by EFT (see paragraph (j) of this clause). The Contractor shall provide this information directly to the office designated in this contract to receive that information (hereafter: "designated office") by (the Contracting Officer shall insert date, days after award, days before first request, the date specified for receipt of offers if the provision at 52.232-38 is utilized, or "concurrent with first request" as prescribed by the head of the agency; if not prescribed, insert "no later than 15 days prior to submission of the first request for payment"). If not otherwise specified in this contract, the payment office is the designated office for receipt of the Contractor's EFT information. If more than one designated office is named for the contract, the Contractor shall provide a separate notice to each office. In the event that the EFT information changes, the Contractor shall be responsible for providing the updated information to the designated office(s).

(2) If the Contractor provides EFT information applicable to multiple contracts, the Contractor shall specifically state the applicability of this EFT information in terms acceptable to the designated office. However, EFT information supplied to a designated office shall be applicable only to contracts that identify that designated office as the office to receive EFT information for that contract.

(c) Mechanisms for EFT payment. The Government may make payment by EFT through either the Automated Clearing House (ACH) network, subject to the rules of the National Automated Clearing House Association, or the Fedwire Transfer System. The rules governing Federal payments through the ACH are contained in 31 CFR part 210.

(d) Suspension of payment. (1) The Government is not required to make any payment under this contract until after receipt, by the designated office, of the correct EFT payment information from the Contractor. Until receipt of the correct EFT information, any invoice or contract financing request shall be deemed not to be a proper invoice for the purpose of prompt payment under this contract. The prompt payment terms of the contract regarding notice of an improper invoice and delays in accrual of interest penalties apply.

(2) If the EFT information changes after submission of correct EFT information, the Government shall begin using the changed EFT information no later than 30 days after its receipt by the designated office to the extent payment is made by EFT. However, the Contractor may request that no further payments be made until the updated EFT information is implemented by the payment office. If such suspension would result in a late payment under the prompt payment terms of this contract, the Contractor's request for suspension shall extend the due date for payment by the number of days of the suspension.

(e) Liability for uncompleted or erroneous transfers. (1) If an uncompleted or erroneous transfer occurs because the Government used the Contractor's EFT information incorrectly, the Government remains responsible for--

(i) Making a correct payment;

(ii) Paying any prompt payment penalty due; and

(iii) Recovering any erroneously directed funds.

(2) If an uncompleted or erroneous transfer occurs because the Contractor's EFT information was incorrect, or was revised within 30 days of Government release of the EFT payment transaction instruction to the Federal Reserve System, and--

(i) If the funds are no longer under the control of the payment office, the Government is deemed to have made payment and the Contractor is responsible for recovery of any erroneously directed funds; or

(ii) If the funds remain under the control of the payment office, the Government shall not make payment and the provisions of paragraph (d) shall apply.

(f) EFT and prompt payment. A payment shall be deemed to have been made in a timely manner in accordance with the prompt payment terms of this contract if, in the EFT payment transaction instruction released to the Federal Reserve System, the date specified for settlement of the payment is on or before the prompt payment due date, provided the specified payment date is a valid date under the rules of the Federal Reserve System.

(g) EFT and assignment of claims. If the Contractor assigns the proceeds of this contract as provided for in the assignment of claims terms of this contract, the Contractor shall require as a condition of any such assignment, that the assignee shall provide the EFT information required by paragraph (j) of this clause to the designated office, and shall be paid by EFT in accordance with the terms of this clause. In all respects, the requirements of this clause shall apply to the assignee as if it were the Contractor. EFT information that shows the ultimate recipient of the transfer to be other than the Contractor, in the absence of a proper assignment of claims acceptable to the Government, is incorrect EFT information within the meaning of paragraph (d) of this clause.

(h) Liability for change of EFT information by financial agent. The Government is not liable for errors resulting from changes to EFT information provided by the Contractor's financial agent.

(i) Payment information. The payment or disbursing office shall forward to the Contractor available payment information that is suitable for transmission as of the date of release of the EFT instruction to the Federal Reserve System. The Government may request the Contractor to designate a desired format and method(s) for delivery of payment information from a list of formats and methods the payment office is capable of executing. However, the Government does not guarantee that any particular format or method of delivery is available at any particular payment office and retains the latitude to use the format and delivery method most convenient to the Government. If the Government makes payment by check in accordance with paragraph (a) of this clause, the Government shall mail the payment information to the remittance address in the contract.

(j) EFT information. The Contractor shall provide the following information to the designated office. The Contractor may supply this data for this or multiple contracts (see paragraph (b) of this clause). The Contractor shall designate a single financial agent per contract capable of receiving and processing the EFT information using the EFT methods described in paragraph (c) of this clause.

(1) The contract number (or other procurement identification number).

(2) The Contractor's name and remittance address, as stated in the contract(s).

(3) The signature (manual or electronic, as appropriate), title, and telephone number of the Contractor official authorized to provide this information.

(4) The name, address, and 9-digit Routing Transit Number of the Contractor's financial agent.

(5) The Contractor's account number and the type of account (checking, saving, or lockbox).

(6) If applicable, the Fedwire Transfer System telegraphic abbreviation of the Contractor's financial agent.

(7) If applicable, the Contractor shall also provide the name, address, telegraphic abbreviation, and 9-digit Routing Transit Number of the correspondent financial institution receiving the wire transfer payment if the Contractor's financial agent is not directly on-line to the Fedwire Transfer System; and, therefore, not the receiver of the wire transfer payment.

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil

(End of clause)