FILED
DEC 19 2006
U.S. COURT OF FEDERAL CLAIMS

**UNITED STATES COURT OF FEDERAL CLAIMS**

**GULF GROUP GENERAL ENTERPRISES CO. W.L.L.**

**Plaintiff,**

**VERSUS**

**THE UNITED STATES OF AMERICA**

**Defendant,**

**Case No.:** 06-853 C

**RULE 7.1 DISCLOSURE STATEMENT**

NOW COME plaintiff, Gulf Group General Enterprises Co. W.L.L. (hereinafter "Gulf Group"), and submits in duplicate its Disclosure Statement pursuant to RCFC 7.1:

Gulf Group has no known corporate parent and no publicly held company owns 10% or more of its stock.

Dated: December 18, 2006

Respectfully submitted,

MILLER & WILLIAMSON LLC

ILIAURA HANDS (LA # 23115)
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 525-9800
Telefax: (504) 525-9820
Email: ili@miller-llc.com

***Attorneys for Plaintiff, Gulf Group General Enterprises Co. W.L.L.***