# In the United States Court of Federal Claims

No. 06-853C
Filed: March 22, 2007

************************************
GULF GROUP GENERAL ENTERPRISES CO. W.L.L.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
************************************

**ORDER**

Pursuant to the Government's March 19, 2007 Unopposed Motion for Stay, proceedings in this case are hereby stayed until May 22, 2007, by which time the contracting officer will issue a final decision.

Within 30 days of the issuance of a final decision, the parties will submit to the court a joint status report that will include a proposed schedule for further proceedings.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**