IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO, W.L.L., | ) | |
| Plaintiff, | ) | No. 06-853C |
| | ) | (Judge Braden) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's March 22, 2007 order, the parties hereby file this Joint Status Report.

On March 19, 2007, the Government filed an unopposed motion for a stay of proceedings requesting that the Court stay proceedings in this case pending a final decision of the contracting officer to be issued within 60 days of the date of this Court's order, pursuant to 41 U.S.C. §605(c)(5). The Court granted the motion on March 22, 2007. On May 21, 2007 the contracting officer issued a final decision on plaintiff's claim. The contracting officer awarded plaintiff relief for termination for convenience in the amount of $57,833.00.

Plaintiff disagrees with the amount awarded by the contracting officer and wishes to continue with this litigation. Pursuant to agreement by the parties, plaintiff shall file an amended complaint in accordance with Rule 15(a) of the Rules of the United States Court of Federal Claims ("RCFC") on June 29, 2007. The Government shall file its answer to the amended complaint, counterclaim, if any, or a motion pursuant to dismiss pursuant to RCFC 12, on July 19, 2007, in accordance with RCFC 12(b), 15(a), 6(a), and 6(e).

The parties propose that, upon the Government's filing of its response to the complaint, litigation proceed according rules of this Court that are appropriate, depending upon how the Government responds to the complaint. Should this action proceed to discovery, the parties anticipate filing a proposed discovery schedule in connection with the joint preliminary status report required by Appendix A of the RCFC.

Respectfully submitted,

MILLER & WILLIAMSON, LLC

s/Iliaura Hands
ILIAURA HANDS
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Attorney for Plaintiff

—and—

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

BRYANT G. SNEE
Deputy Director

BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

June 20, 2007

Attorneys for defendant