**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **GULF GROUP GENERAL ENTERPRISES CO. W.L.L.**<br><br>**Plaintiff,**<br><br>**VERSUS**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant,** | **Case No.: 06-853**<br>**(Judge Susan G. Braden)** |

**AMENDED COMPLAINT**

**NOW COME** plaintiff, Gulf Group General Enterprises Co. W.L.L. (hereinafter "Gulf Group"), and as represented in the Joint Status Report submitted in this matter on June 20, 2007 (Rec. Doc. # 10) and in accordance with Rule 15(a) of the Rules of the United States Court of Federal Claims ("RCFC") submits this Amended Complaint against The United States of America (hereinafter "the Government"), and in that respect avers as follows:

**1.**

At all pertinent times Plaintiff, Gulf Group, is a Kuwait corporation with its principal place of business in Kuwait City, Kuwait.

**2.**

At all pertinent times Defendant, the United States of America, was acting through the Department of the Army, U.S. Army Contracting Command SWA-Kuwait (ARCENT) at Camp Arifjan.

**3.**

Jurisdiction over this case is based on the Contract Dispute Act of 1978, 41 U.S.C. §601 *et*

*seq.*, and the Tucker Act, 28 U.S.C. §1491 for claims against the United States.

**4.**

This is a contract action based upon the Contracting Officer's denial in part of Gulf Group's Certified Claim for damages that were caused by the Government's cancellation of Gulf Group's contract for the supply and services of dumpsters, and which claim was initially submitted to the then Contracting Officer Major John Cockerham on October 20, 2005, and re-submitted on March 26, 2007 for a final decision as required under 41 U.S.C. §605.

**5.**

On September 18, 2004, the Government through the Department of the Army, U.S. Army Contracting Command SWA-Kuwait (ARCENT) awarded to Gulf Group a Fixed Price Service Contract No. W912D1-04-P-0897 (attached hereto as **Exhibit "A"**), for the procurement and supply of dumpsters to Camp Arifjan in Kuwait, and to provide services to the dumpsters such as emptying their contents, and cleaning services for those dumpsters, with a total period of performance of 3 years from September 25, 2004 through September 24, 2007 (hereinafter "the Contract.")

**6.**

The Government's specific requirements under the Contract and the agreed fixed price for each such requirement are specified at pages 2-16 of the attached **Exhibit "A"** under the following items: Item **No. 0001** covering the first contract period of six months starting on September 25, 2004 until March 24, 2005 and which included items 0001AA at a cost of $147,858.00, 0001AB at a cost of $151,999.98, and 0001AC at a cost of $47,140.02, for a combined total fixed price cost of $346,998; **Item No. 1001** for the contract's second period of six months starting on March 25, 2005

until September 24, 2005**,** which included items 1001AA at a cost of $115,554.00, 1001AB at a cost of $118,779.66, and 1001AC at a cost of $36,847.44, for a combined total fixed price cost of $271,181.10; **Item No. 2001** for the third contract period of six months starting on September 25, 2005 until March 24, 2006, including items 2001AA at a cost of $108,332.22, 2001AB at a cost of $111,355.92, and 2001AC at a cost of $34,549.14, for a combined fixed price cost of $254,237.28; **Item No. 3001** for the contract's fourth period of six months starting on March 25, 2006 until September 24, 2006, including items 3001AA at a cost of $101,108.46, 3001AB at a cost of $103,932.18, and 3001AC at a cost of $32,247.48, for a combined fixed price cost of $237,288.12; **Item No. 4001** for the contract's fifth period of six months starting on September 25, 2006 until March 24, 2007, including items 4001AA at a cost of $101,108.46, 4001AB at a cost of $103,932.18, and 4001AC at a cost of $32,247.48, for a combined fixed price cost of $237,288.12; and **Item No. 5001** for the final contract period of six months starting on March 25, 2007 until September 24, 2007, which included items 5001AA at a cost of $47,135.58, 5001AB at a cost of $48,454.26, and 5001AC at a cost of $15,037.26, for a combined total fixed price cost of $110,627.10, all of which are detailed in **Exhibit "A."** The total cost of the entire 3-year term contract including all items was $1,457,619.72

**7.**

The subject contract was the result of the ARCENT solicitation No. W912D1-04-T-0339 issued on August 28, 2004, attached hereto as **Exhibit "B."**

**8.**

Upon award of the contract on September 18, 2004, in order to ensure an expeditious and

effective performance of its contractual obligations, Gulf Group immediately took steps to acquire the necessary equipment, supplies, personnel needed for Gulf Group to procure their delivery, placement, maintenance and service, and to therefore comply with its contractual obligations. Specifically, Gulf Group purchased the 6-cubic meter and the 20-cubit meter dumpsters which were specially manufactured to meet the Government's requirements under the contract, and compressors needed all at a cost of Kuwait Dinars (KWD) 62,230.00 equivalent to $222,250.01 at the exchange rate of 1 KWD @ $3.57142876176. Gulf Group also entered into a service agreement with the subcontractor Abdul Hammed Salem Sons Comm. Co. W.L.L., for the supply of tissue paper, cleaning services, and personnel to maintain and service the dumpsters for the first six months term of the contract, at a cost of KWD 72,000.00 equivalent to $257,142.87, and retained the services of employees to supervise the service as required under the contract paying them salaries totaling KWD761,20 equivalent to $2,718.57, all at the cost of approximately KWD136,948.57 equivalent to $489.102,06.

**9.**

Gulf Group was therefore fully supplied and staffed to perform under the contract and was ready to continue to fully perform for the duration of the contract, including any potential future extensions of the same.

**10.**

On or about October 22, 2004, after Gulf Group had already adequately commenced performing its contractual duties, and after incurring substantial preparatory costs to perform under the Contract for the entire term including any potential extensions, the U.S. Army Contracting

Officer, John L. Cockerham, without warning or just reason, issued an Amendment of Solicitation/Modification of Contract number P00005 (attached hereto as **Exhibit "C"**) and cancelled the Contract stating that the contract was cancelled by order of the ASG Commander Kuwait COL Brick Miller for the convenience of the Government under FAR Part 52.212-4.

**11.**

The Government, by virtue of its arbitrary decision to cancel the contract without just cause, diverted business away from Gulf Group and thereby caused Gulf Group substantial damages for which the Government is required to compensate Gulf Group fully and to put Gulf Group in as good a position as it would have been had the Government not cancelled the contract, including the fair compensation for the services supplied, profits it anticipated to generate for the full term of the Contract and upon which Gulf Group fully relied, as well as for the preparatory expenses incurred in furtherance of the contract and in the preparation and presentation of the claims submitted to the Contracting Officers including legal fees and interest.

**12.**

As a result of the Government's cancellation of the contract, Gulf Group incurred damages in the form of lost profits of $1,457,619.72, preparatory expenses of approximately $489.102,06 less any saved expenses to be credited to the Government as shown at the time of trial, in addition to legal fees and costs incurred towards the preparation and presentation of a termination settlement and the claims that were presented to the Contracting Officers on October 20, 2005 and March 26, 2007, plus interest, the specific sum of which will be proven at the time of trial, and for which Gulf Group is entitled to be compensated by the Government.

**13.**

On May 21, 2007 the Contracting Officer Joe L. Libbey of the U.S. Army Contracting Agency for Southwest Asia - Kuwait. issued a final decision in which it granted in part and denied in part Gulf Group's claim for damages, awarding compensation in the amount of $57,833.00 plus interest. Gulf Group stipulates and accepts the portion of the damages awarded by the Contracting Officer plus interest, but seeks additional compensation be awarded by this Court for its damages that were denied all as it will be shown at the time of trial.

**WHEREFORE**, Plaintiff prays that:

I. Judgment be entered in favor of the Plaintiff, Gulf Group General Enterprises Co. W.L.L. and against The United States, for lost profits, preparatory expenses legal fees, costs and interest as claimed herein and in an amount to be proven at the time of the trial; and

III. Plaintiff be awarded such other relief as it may be entitled to receive under the law.

Dated: June 29, 2007

Respectfully submitted,

s/Iliaura Hands
ILIAURA HANDS (LA # 23115)
MILLER & WILLIAMSON LLC
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 525-9800
Telefax: (504) 525-9820
Email: ili@miller-llc.com

***Attorneys for Plaintiff, Gulf Group General Enterprises Co. W.L.L.***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2007, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Iliaura Hands
ILIAURA HANDS