**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER
PAGE 1 OF 20

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| W912D1-04-P-0897 | 18-Sep-2004 | | W912D1-04-T-0339 | 28-Aug-2004 |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME | b. TELEPHONE NUMBER (No Collect Calls) | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|
| | JOHN L. COCKERHAM | 011-965-389-2136 | 09:00 AM 31 Aug 2004 |

9. ISSUED BY CODE W912D1
US ARMY CONTRACTING COMMAND SWA-KUWAIT
HQ BUILDING #216
CAMP ARIFJAN, KUWAIT AE 09366
TEL: 389 2335
FAX: 389 2332

10. THIS ACQUISITION IS
[X] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)
SIC: 4953
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

[ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING
14. METHOD OF SOLICITATION
[X] RFQ [ ] IFB [ ] RFP

15. DELIVER TO CODE
**SEE SCHEDULE**

16. ADMINISTERED BY CODE
**SEE ITEM 9**

17a. CONTRACTOR/OFFEROR CODE SX183
GULF GROUP GENERAL ENTERPRISES CO. W.L.L
SALHIYA COMMERCIAL COMPLEX 4TH ENTRANCE,
SAFAT 13077
TEL. 965-246-8111
FACILITY CODE SX183

18a. PAYMENT WILL BE MADE BY CODE S09076
ARCENT-KU-FINANCE SUPPORT UNIT
ATTN: COMMERCIAL ACCOUNTS
FAX: 965-468-5219; PHONE 965-468-2051
APO AE 09889-9900

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA
**See Schedule**

26. TOTAL AWARD AMOUNT
**$348,998.00**

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3, 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REFERENCE OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR
[signature]

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)
[signature]

31c. DATE SIGNED
20-Sep-2004

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)
SAUD M. FAWASA General Manager

30c. DATE SIGNED
20 September 2004

31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)
Gloria C. Davis / Contracting Officer
TEL: 011-965-389-2335 EMAIL: gloria.davis@arifjan.arcent.army.mil

32a. QUANTITY IN COLUMN 21 HAS BEEN
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER
PARTIAL FINAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED CORRECT FOR

32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE

32c. DATE

36. PAYMENT
[ ] COMPLETE [ ] PARTIAL [ ] FINAL

37. CHECK NUMBER

38. S/R ACCOUNT NUMBER

39. S/R VOUCHER NUMBER

40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41c. DATE

42a. RECEIVED BY (Print)

42b. RECEIVED AT (Location)

42c. DATE REC'D (YY/MM/DD)

42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION

STANDARD FORM 1449 (10-95)
Prescribed by GSA
FAR (48 CFR) 53.212

EXHIBIT
"A"
tabbies

Section SF 1449 - CONTINUATION SHEET

STATEMENT OF WORK

## SCOPE OF WORK

The scope of work under this contract shall generally consist of, but not necessarily be limited to, the vendor supplying all cleaning equipment, haul assets, labor, dumpsters, and related items and devices for supplying trash dumpsters at various locations on Camp Arifjan and surrounding base clusters.

1. The vendor shall supply an individual capable of speaking fluent English as a single point of contact to support the daily operations associated with this contract. This individual will be available will be available on Camp Arifjan six (6) days per week, Saturday thru Thursday, from 8 am to 5 pm.
2. The 6 cubic meter dumpsters shall be emptied one (1) time per day.
3. The 20 cubic meter dumpsters shall be emptied one (1) time per week.
4. On a quarterly rotating schedule, twenty five percent (25%) of the 6 cubic meter dumpsters will be steam cleaned. The vendor will coordinate with the COR one (1) week in advance to identify dumpsters for cleaning. No steam cleaning shall be performed on Camp Arifjan or surrounding base clusters.
5. Any dumpster servicing a dining facility (DEFAC) will be steam cleaned once per month and shall be emptied three (3) times per day. No steam cleaning shall be performed on Camp Arifjan or surrounding base clusters.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | | Months | | |

NEW Dumpster Service
FFP
The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws. This contract period is from 25 SEPT 04 until 24 MAR 05

| | |
|---|---|
| NET AMT | $0.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | | 6 | Months | $24,643.00 | $147,858.00 |

X156 Dumpsters Serviced
FFP
The contract is for 156 dumpster with a volume of 6-Cubit Meters with a service of 1 DUMP PER DAY. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall empty each container one time per day. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

| | |
|---|---|
| NET AMT | $147,858.00 |
| ACRN AB Funded Amount | $147,858.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | | 6 | Months | $25,333.33 | $151,999.98 |

67 Dumpsters Serviced
FFP
This contract subclin is for 67 dumpsters with a volume of 6-cubit meters with 3 dumps per day. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $151,999.98

ACRN AA Funded Amount $5,942.98
ACRN AB Funded Amount $146,057.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AC | | 6 | Months | $7,856.67 | $47,140.02 |

10 Dumpsters Serviced
FFP
The contract include 10 dumpsters with a volume of 20 cubit Meters with a 1 Dump Per Day service. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $47,140.02

ACRN AA Funded Amount $47,140.02

FOB: Destination

W912D1-04-P-0897



| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001 | | | Months | | |

Dumpster Service
FFP
The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws. This contract period is from 25 March 05 until 24 SEPT 05.

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AA OPTION | | 6 | Months | $19,259.00 | $115,554.00 |

156 Dumpsters Serviced
FFP
The contract is for 156 dumpster with a volume of 6-Cubit Meters with a service of 1 DUMP PER DAY. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $115,554.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AB | | 6 | Months | $19,796.61 | $118,779.66 |
| OPTION | 67 Dumpsters Serviced | | | | |
| | FFP | | | | |

This contract subclin is for 67 dumpsters with a volume of 6-cubit meters with 3 dumps per day. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

| | | |
|---|---|---|
| | NET AMT | $118,779.66 |
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001AC | | 6 | Months | $6,141.24 | $36,847.44 |
| OPTION | 10 Dumpsters Serviced | | | | |
| | FFP | | | | |

The contract include 10 dumpsters with a volume of 20 cubit Meters with a 1 Dump Per Day service. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

| | | |
|---|---|---|
| | NET AMT | $36,847.44 |
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2001 | | | Months | | |

Dumpster Service
FFP
The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws. This contract period is from 25 SEP 05 until 24 MAR 06.

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2001AA OPTION | | 6 | Months | $18,055.37 | $108,332.22 |

156 Dumpsters Serviced
FFP
The contract is for 156 dumpster with a volume of 6-Cubit Meters with a service of 1 DUMP PER DAY. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $108,332.22

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2001AB | | 6 | Months | $18,559.32 | $111,355.92 |
| OPTION | 67 Dumpsters Serviced | | | | |
| | FFP | | | | |

This contract subclin is for 67 dumpsters with a volume of 6-cubit meters with 3 dumps per day. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $111,355.92

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2001AC | | 6 | Months | $5,758.19 | $34,549.14 |
| OPTION | 10 Dumpsters Serviced | | | | |
| | FFP | | | | |

The contract include 10 dumpsters with a volume of 20 cubit Meters with a 1 Dump Per Day service. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws.

NET AMT $34,549.14

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3001 | | | Months | | |
| | Dumpster Services<br>FFP<br>The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws. This contract period is from 25 MAR 06 until 24 SEP 06. | | | | |
| | | | | NET AMT | $0.00 |
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3001AA<br>OPTION | | 6 | Months | $16,851.41 | $101,108.46 |
| | 156 Dumpsters Serviced<br>FFP<br>The contract is for 156 dumpster with a volume of 6-Cubit Meters with a service of 1 DUMP PER DAY. The contractor shall provide trash containers to be distributed in an area of troop occupation within Arifjan and Kuwait. All trash containers must have lids or another method of ensuring trash does not blow out of the container. The contractor shall dump waste in a Kuwait Government approved site and comply with Kuwait environmental laws. | | | | |
| | | | | NET AMT | $101,108.46 |
| | Funded Amount | | | | $0.00 |

FOB: Destination