IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO.W.L.L., | ) | |
| Plaintiff, | ) | No. 06-853C (Judge Braden) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S ANSWER**

For its answer to the amended complaint, defendant admits, denies, and alleges as follows:

1. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1.

2. Admits.

3. The allegations contained in paragraph 3 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

4. Defendant admits the allegations in paragraph 4 only to the extent that Major Cockerham signed for receipt of a document titled "Claim and Settlement Offer" submitted by Gulf Group General Enterprises Co. W.L.L. ("Gulf Group") on December 16, 2005 and that it was resubmitted on March 26, 2007; the remainder of the allegations contained in paragraph 4 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

5. Admits to the extent the allegations contained in paragraph 5 are supported by the cited contract, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 5.

6. Admits to the extent the allegations contained in paragraph 6 are supported by the cited contract, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 6.

7. Admits.

8. Denies the allegations contained in paragraph 8 for lack of knowledge or information sufficient to form a belief as to their truth.

9. Denies the allegations contained in paragraph 9 for lack of knowledge or information sufficient to form a belief as to their truth.

10. Defendant admits only that it issued Modification P00005, Terminating the Contract for Convenience based on FAR Clause 52.212-4, effective on October 22, 2004 through contracting officer, John Cockerham. Denies the remainder of the allegations contained in paragraph 10.

11. Denies.

12. Denies.

13. Admits the first sentence of paragraph 13. The second sentence of paragraph 13 contains a statement of plaintiff's litigation position, to which no response is required. To the extent a response is required, this sentence is denied.

14. Denies that plaintiff is entitled to the relief set forth in the prayer for relief.

15. Denies each and every allegation not previously admitted or otherwise denied.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW, Room 12076
Washington, DC 20530
(202) 616-8253
(202) 309-0972

Attorneys for Defendant

Of counsel:
PATRICK L. GARY
Major, U.S. Army
Arlington, VA

July 19, 2007