IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., Plaintiff, | ) |
| v. | ) No. 06-853C (Judge Braden) |
| THE UNITED STATES, Defendant. | ) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT
OF TIME FOR FILING JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), we respectfully request that the Court enlarge the time for filing the parties' Joint Preliminary Status Report ("JPSR") by 24 days, through and including October 8, 2007. The current deadline is September 13, 2007. This is our first request for an enlargement for this purpose. We have discussed this request with counsel for the plaintiff, who does not oppose this motion.

We request this enlargement because plaintiff's counsel did not contact the Government, as required by RCFC Appendix A, paragraph 3 until September 6, 2007, seven days before the deadline for filing the JPSR. RCFC Appx. A ¶ 3 ("[W]ithin sufficient time to permit the parties to file a Joint Preliminary Status Report in accordance with paragraph 5, below, plaintiff's counsel shall communicate with defense counsel."); CBM Electronic

Sys., Inc. v. United States, 19 Cl. Ct. 102, 103 (1989) ("[T]he rules of the court provide for plaintiff's counsel to initiate the early meeting of counsel and to produce the joint preliminary status report."); see also Cash Express, Inc. V. United States,23 Cl. Ct. 136, 136 (1991) (noting that plaintiff's counsel did not contact defendant regarding the JPSR "as required" by the Court's rules).

On September 6 and 7, after we contacted plaintiff's counsel to find out the status of the case, plaintiff's counsel contacted us for the first time and insisted that the Government could provide her comments, on a barebones and unnegotiated draft JPSR that she emailed to us, by Monday, September 10, 2007. The Government explained that this was not possible for several reasons, and eventually plaintiff's counsel agreed to a 24-day enlargement.

As we explained to plaintiff's counsel, counsel for the defendant cannot possibly conduct a meeting of counsel, assent to a JPSR, and have the JPSR reviewed by agency officials and counsel's supervisors within seven days. Furthermore, counsel for the defendant, in preparing the JPSR, must take into account the three other cases that plaintiff has filed in this Court and an ongoing criminal investigation into the activities of the

contracting officers in this case. Therefore, additional time is needed to confer with agency officials and other attorneys within counsel's office assigned to the other cases.

Moreover, to comply with the Court's rules, the parties need additional time to discuss and negotiate the issues in this case before the JPSR can be submitted. Due to counsel for defendant's schedule, he will be unable to devote much time to the JPSR in the next few weeks. Counsel has briefing due in the United States Court of Appeals for the Federal Circuit on September 14, 2007, September 18, 2007, September 21, 2007, September 26, 2007, and October 4, 2007. In addition, he is involved in the conduct of discovery and settlement in several cases in this Court and the United States Court of International Trade and the preparation for trial and the filing of pre-trial papers in Innovair Aviation Ltd. v. United States, No. 96-408 (Fed. Cl. trial scheduled Oct. 16, 2007). A 24-day enlargement, far less than the normal time 49-day period contemplated by Appendix A for filing the JPSR, is the longest enlargement to which plaintiff's counsel will agree. Such an enlargement – or longer – is appropriate to allow the parties to negotiate the JPSR, given plaintiff's late attempt to comply with its obligation to prosecute its case and contact the Government.

For these reasons, we respectfully request a 24-day enlargement of the time for filing the JPSR.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

September 11, 2007 Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR FILING JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brian T. Edmunds