# In the United States Court of Federal Claims

No. 06-853C
Filed: September 12, 2007

| | |
|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## ORDER

Defendant's September 11, 2007 Unopposed Motion for an Enlargement of Time to file a Joint Preliminary Status Report is hereby **GRANTED**. The Joint Preliminary Status Report is now to be completed on or before October 8, 2007.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**