IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., Plaintiff, | ) |
| v. | ) No. 06-853C (Judge Braden) |
| THE UNITED STATES, Defendant. | ) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME (OUT OF TIME) FOR FILING JOINT PRELIMINARY STATUS REPORT[1]

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), we respectfully request that the Court enlarge the time for filing the parties' Joint Preliminary Status Report ("JPSR") by 13 days, through and including October 22, 2007. The current deadline is October 9, 2007. This is our second request for an enlargement for this purpose. We have discussed this request with counsel for the plaintiff, who represents that plaintiff does not oppose this motion.

We request this enlargement because the parties have agreed to a stay of proceedings in this Court pending a criminal investigation into the activities of contracting officer John

[1] The deadline requested by the Government and specified in the Court's order for filing the Joint Preliminary Status Report was October 8, 2007. Because this date fell upon Columbus Day, we believe that this motion is timely. If, however, the Court should interpret the deadline as falling upon October 8, 2007, we respectfully request that this motion be accepted out of time.

Cockerham and the contracts on which he worked, including the contract at issue in this case. During the review process at the Department of Justice, it was decided that the affidavit of a Federal agent should accompany our stay motion. We are gathering that affidavit now and expect to file it and a motion to stay within the requested 13-day enlargement.

For this reason, we respectfully request a 13-day enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

October 9, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME (OUT OF TIME) FOR FILING JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brian T. Edmunds