# In the United States Court of Federal Claims

No. 06-853C
Filed: October 10, 2007

****************************************
GULF GROUP GENERAL ENTERPRISES CO. W.L.L., *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
****************************************

**ORDER**

Defendant's October 9, 2007 Unopposed Motion for an Enlargement of Time to file a Joint Preliminary Status Report is hereby **GRANTED**. The Joint Preliminary Status Report is now to be completed on or before October 22, 2007.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**