# In the United States Court of Federal Claims

No. 06-853C
Filed: October 23, 2007

************************************ *
GULF GROUP GENERAL ENTERPRISES CO. W.L.L.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

Pursuant to the Government's October 22, 2007 Unopposed Motion for Stay, proceedings in this case are hereby stayed until January 15, 2008, pending resolution of a Department of Justice criminal investigation of the contracting officers involved in this case.

Within 30 days of the expiration of this stay, the Government is hereby ordered to file a Status Report indicating whether the criminal investigation has ceased, and (1) if so proposing deadlines for further proceedings in this case; or (2) if not stating whether an enlargement of the stay is necessary.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**