IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-853C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT AND
MOTION FOR ENLARGEMENT OF THE STAY

Pursuant to the Court's order during the telephonic status conference held on January 15, 2008, defendant, the United States, respectfully requests that the Court enlarge the stay in this case by 106 days, through and including April 30, 2007. This is our first motion to enlarge the stay, which has been in effect since October 23, 3007. As indicated by plaintiff's counsel at the status conference, plaintiff does not oppose this motion.

We seek this extension because the investigation of plaintiff continues. We have been informed by the Criminal Division that its investigation will continue through April. In addition, the criminal trial of Major Cockerham, one of the contracting officers in this case, is currently scheduled to commence on April 21, 2008. As a result, the Government expects that a decision as to whether to proceed with criminal charges against Gulf Group will not be made until the end of April 2008.

We therefore respectfully request an enlargement of the stay.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 305-7644

January 18, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT AND MOTION FOR ENLARGEMENT OF THE STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brian T. Edmunds