# In the United States Court of Federal Claims

No. 06-853C
Filed: January 22, 2008

| | |
|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

Defendant's January 18, 2008 Unopposed Motion For Enlargement Of The Stay is hereby **GRANTED**. This case will remain stayed until April 30, 2008.

Within 30 days of the expiration of this stay, the Government is hereby ordered to file a Status Report stating: whether the criminal investigation is concluded; if so, proposing deadlines for further proceedings in this case; or, if not, stating whether an enlargement of the stay is required and for how long.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**