# In the United States Court of Federal Claims

No. 06-853C
Filed: June 2, 2008

*************************************
GULF GROUP GENERAL ENTERPRISES CO. W.L.L.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

Pursuant to the Government's May 30, 2008 Status Report, proceedings in this case are hereby stayed until January 15, 2009, pending resolution of the criminal trial of the contracting officers involved in this case, and a grand jury investigation of the Plaintiff.

Within 30 days of the expiration of this stay, the Government is hereby ordered to file a Status Report indicating whether the criminal investigation has ceased, and (1) if so proposing deadlines for further proceedings in this case; or (2) if not stating whether an enlargement of the stay is necessary.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**