**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **GULF GROUP GENERAL ENTERPRISES CO. W.L.L.**<br><br>**Plaintiff,**<br><br>**VERSUS**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant,** | **Case No.: 06-853**<br>**(Judge Susan G. Braden)** |

**PLAINTIFFS STATUS REPORT AND OPPOSITION TO ADDITIONAL STAY**

MAY IT PLEASE THE COURT:

Plaintiffs herein submit its status report in response to the defendants report of May 30, 2008, and in opposition to the Government's request for another extension of the stay in this matter avers as follows.

In its status report the Government asks for yet another extension of the stay until January 15, 2009. The Government however has not supported the request on any valid or credible basis, and no sworn statement or declaration has been submitted in that respect. Accordingly, plaintiff oppose the additional extension of the stay and further submits that the requested extension is unreasonable and that there are no legitimate basis for further prolonging the resolution of this matter.

Your Honor may recall that in October of last year the Government submitted the declaration of Special Agent Mr. Larry Scott Moreland who stated that he was investigating Gulf Group and other contractors who dealt with Major Cockerham who is currently facing charges of accepting bribes while acting as a contracting officer at Camp Arifjan in Kuwait. Mr. Moreland then stated that

he expected to make a decision on whether to file criminal charges against Gulf Group by the end of 2007. In light of those representations and believing that the investigation would be concluded shortly, we joined on that motion. As a result, on October 23, 2007 the Court granted the initial stay up to and including January 15, 2008, and further ordered that a status reports be submitted within 30 days. On January 18, 2008 the Government then sought a second extension of the stay up until April 30, 2008 representing that the Criminal Division of the Department of Justice informed that the investigation of Gulf Group will continue through April, and that because the criminal trial of Major Cockerham was scheduled to commence on April 21, 2008, the Government expected to make a decision as to whether to proceed with criminal charges against Gulf Group by the end of April. We did not object to that second extension as we thought it was not unreasonable as we were under the impression that Maj. Cockerham's trial was on track to commence on April 21, 2008 so that the extension involved just a short time. However, the trial of Maj. Cockerham did not go forward as expected and no new trial date has yet been set. Also, on January 4, 2008 Gulf Group's General Manager met with the criminal investigator Mr. Moreland and others representing the Department of Justice Criminal Division, and since that meeting no charges whatsoever have been filed against Gulf Group.

The Government now again seeks yet another extension (the third extension) until January 15 of next year, and as the basis for the new extension the Government submits that Gulf Group remains a subject of the grand jury investigation and a decision as to whether to proceed with criminal charges against Gulf Group will likely not be made until after the completion of Major Cockerham's criminal trial – an unknown event at this time. Also, that the investigation includes numerous contractors, not just Gulf Group, and there is no firm date when the investigation is

scheduled to be completed, but that the Government's best estimate is that the investigation will be completed by the end of 2008. The Government's reasons for this third extension of the stay are unsupported and thus unfounded and for that reason we object.

First, the criminal trial of Maj. Cockerham has not been re-set so that it is unknown at this juncture if and when Maj. Cockerham will ever go to trial, or even if he will be tried in October when his sister is expected to go to trial. As it is the Government has submitted no valid or credible evidence whatsoever that the trial may go forward in October 2008 or on any other date, so that the Government's request for such a prolonged extension until January 2008 -- aside from being unsupported-- is unreasonable and shall be denied. Accordingly, it is extremely unreasonable to put this matter on hold based on such an indefinite and uncertain situation and the stay shall be lifted to allow this matter to proceed its normal course.[1]

Second, with respect to the Government's statement that Gulf Group is currently the subject of the grand jury investigation, again no support whatsoever has been submitted in that respect. The Government has not submitted any sworn declarations or statement from a criminal investigator so affirming, and those representations made in the May 30, 2008 report are nevertheless incorrect. As evidenced from the attached sworn statement of Gulf Group's counsel, Ms. Iliaura Hands, the Government's lead prosecutor Mr. Mark Pletcher has confirmed that Gulf Group or its representative

---

[1] In any event, even if the Cockerham trial is indeed re-scheduled as the Government indicates, that fact alone has no bearing on the speedy prosecution of this case. The issues in this civil case are not related or substantially similar to those in the criminal investigation against Maj. Cockerham. Maj. Cockerham was the contracting officer who cancelled 3 of Gulf Group's contracts (including this one) "for government convenience." Therefore, if Gulf Group had any involvement whatsoever with Maj. Cockerham in any of the criminal acts for which he is being accused, Gulf Group's contracts would have not been cancelled, and all logic indicates that Gulf Group is not involved in the crimes for which Maj. Cockerham is accused.

are *not* the target of the grand jury investigation but that the Government is still interested in them because they may have information pertinent to the investigation. Accordingly, simply because Gulf Group's representatives *may* have information pertinent to the investigation that targets some other party and thus *may* be a witness in that grand jury investigation does not lend sufficient support for staying this matter until January 2009.[2]

Finally, with respect to the Government's statement that investigation of Gulf Group also involves numerous other contractors, not just Gulf Group, and that the Government's best estimate is that the investigation is expected to be completed by the end of 2008, unfortunately no specifics are provided as to the particular investigation of Gulf Group which is the subject of our interest and it is irrelevant to this case that the Government may be investigating other contractors or that such investigation will require additional time. The fact that other contractors may be the subject of an investigation should have no effect in this case, and the matter should not be delayed on that basis. To put it simply, there is no just reason to further delay this matter on such a general and ambiguous statement that the Government is investigating some other contractors and that the investigation may be concluded by the end of the year. Accordingly, the stay shall be lifted and the case should be allowed to proceed its normal course.

The Government simply has no sound reason to justify sacrificing Gulf Group and precluding it from obtaining a prompt resolution of its claim, for that reason this delaying tactic

[2] It is obvious now that the Government is simply trying to delay resolution of this case under the pretext of investigating Gulf Group. The Government has submitted no sworn statement from anyone confirming that the investigation against Gulf Group continues. This omission is telling, and it will be a travesty of justice if this matter were to be delayed further based on unsupported self-serving statements that an investigation is being conducted.

should be rejected by the Court.

**CONCLUSION**

For the above stated reasons the request for a further stay until January 15, 2009 shall be denied. The Government has submitted no credible evidence that Maj. Cockerham's trial will go forward in October 2008, so there are no assurances that the Government will not seek yet another extension of the stay in January if Maj. Cockerham has not been tried by that time, resulting in this matter being prolonged unnecessarily for an indefinite time. Gulf Group is not the target of the grand jury investigation and has no relation to Maj. Cockerham's criminal charges, and the fact that other contractors are being investigated makes no difference to this case because those other contractors have no interest in this matter.

Dated: June 2, 2008

Respectfully submitted,

s / Iliaura Hands
ILIAURA HANDS (LA # 23115)
MILLER & WILLIAMSON LLC
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 525-9800
Telefax: (504) 525-9820
Email: ili@miller-llc.com
*Attorneys for Plaintiff, Gulf Group General Enterprises Co. W.L.L.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2008, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Iliaura Hands
ILIAURA HANDS