# AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME,** the undersigned authority personally appeared

**ILIAURA HANDS**

who after being duly sworn said that:

1. I am an attorney with the firm of Miller & Williamson, 3150 Energy Centre 1100 Poydras Street New Orleans, Louisiana 70163.

2. I am the attorney for Gulf Group General Enterprises Co. W.L.L. a Kuwait entity with its principal place of business in Kuwait who is the plaintiff in the action *Gulf Group General Enterprises Co. W.L.L.* in the United States Court of Federal Claims, case No. Case No.:06-853(Judge Susan G. Braden).

3. On January 14, 2008 I asked Mr. Mark Pletcher, trial attorney for the United States Department of Justice, National Criminal Enforcement Section, if Gulf Group and/or its representative, Mr. Saud Altawash were a target of the Government's Criminal investigation and of the grand jury. On January 18, 2008 Mr. Pletcher responded that neither Gulf Group not Mr. Altawash are targets of the grand jury investigations, and that both were subjects of their interest meaning that they may have information pertinent to the ongoing grand jury investigation.

4. No criminal charges have been filed against Gulf Group or any of its representatives.

New Orleans, Louisiana this 30th day of May, 2008

ILIAURA HANDS

**SWORN TO AND SUBSCRIBED**
before me this 30th day of May,
2008.

NOTARY
My Commission is for life