**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **GULF GROUP GENERAL ENTERPRISES CO. W.L.L.**<br><br>**Plaintiff,**<br><br>**VERSUS**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant,** | **Case No.: 06-853**<br>**(Judge Susan G. Braden)** |

**EX-PARTE MOTION FOR RECONSIDERATION ON ORDER TO STAY**

Plaintiffs herein moves this Honorable Court to reconsider its Order of today June 2, 2008 to Stay this matter until January 15, 2009 (Rec. Doc # 23) in order to include Plaintiff's arguments in opposition to continue the stay of this case. Unfortunately by the time the Order was issued our electronic filing of "Plaintiff Status Report and Opposition to Additional Stay" (Rec. Doc. # 24) had not been uploaded into the system and therefore was not available for Your Honor's consideration.[1]

As we argued in the Status Report and Opposition to Additional Stay, the Government's request for a further stay until January 15, 2009 shall be denied because the Government has submitted no credible evidence that Maj. Cockerham's trial will go forward in October 2008 and there is no information whatsoever of when the trial is expected to go forward, resulting in this matter being prolonged unnecessarily. Also, Gulf Group is not the target of the grand jury investigation and has no relation to Maj. Cockerham's criminal charges, and the fact that other contractors are being investigated makes no difference to this case because those other contractors

[1] We intended to file the Status Report and Opposition to Additional Stay last Friday May 30, 2008, however due to the fact that Counsel had to tend to a personal family matter, she was unable to complete the filing until today.

have no interest in this matter.

Accordingly, the Order dated June 2, 2008 (Rec. Doc. #23) shall be vacated to allow the Court to consider Plaintiff's arguments in connection with this matter. Failing to consider those arguments expressed in Plaintiff's Status Report and Opposition to Additional Stay (rec. Doc. #24) will greatly prejudice the plaintiff whose case will be unnecessarily prolonged for a significantly long time with out support.

Dated: June 2, 2008

Respectfully submitted,

s / Iliaura Hands
ILIAURA HANDS (LA # 23115)
MILLER & WILLIAMSON LLC
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 525-9800
Telefax: (504) 525-9820
Email: ili@miller-llc.com
*Attorneys for Plaintiff, Gulf Group General Enterprises Co. W.L.L.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2008, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Iliaura Hands
ILIAURA HANDS