# In the United States Court of Federal Claims

No. 06-853C
Filed: June 12, 2008

| | |
|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER LIFTING STAY

For good cause shown, Plaintiff's June 2, 2008 Ex Parte Motion For Reconsideration Of The Court's June 2, 2008 Stay Order is hereby granted. The June 2, 2008 Stay Order is hereby lifted.

The Government may file a motion to dismiss on or before July 11, 2008. If no motion to dismiss is filed, the parties will file a Joint Status Report on or before August 8, 2008.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**