IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-853C<br>(Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Defendant, the United States, respectfully submits this updated status report because it has recently come to our attention that the status report we filed on May 30, 2008 was not completely accurate.

Background

On January 22, 2008, the Court granted our motion to extend the stay in these proceedings pending the conclusion of a criminal investigation involving, among other entities, plaintiff, Gulf Group General Enterprises Co. W.L.L. ("Gulf Group"). The Court's order granting our motion to suspend proceedings required us to file a status report on May 30, 2008, advising the Court and the plaintiff of the status of the criminal investigation.

On May 30, 2008, we filed a status report stating that "Major Cockerham's criminal trial was scheduled to commence on April 21, 2008; however, the trial was delayed by mutual consent

of the parties and a new trial date has not yet been set." Subsequently on June 25, 2008, we learned that Major Cockerham had entered a guilty plea on January 31, 2008.

At all times, the submissions in this case by the counsel for the Government listed below ("counsel") were accurate and complete, after appropriate inquiry, to the best of our knowledge at the time. Counsel first learned of Major Cockerham's guilty plea on June 25, 2008, upon receipt of a press release issued late on June 24, 2008, announcing the guilty pleas of Major Cockerham and his wife, Melissa Cockerham. Lawyers in another section of the Civil Division sent the press release to the supervisor in this case, Deborah A. Bynum, who previously was unaware of the plea. Ms. Bynum read the press release shortly after 8:30 a.m. on June 25, 2008, and immediately forwarded it to the undersigned counsel of record.

As explained in the attached declaration, executed by Mark Pletcher, a Trial Attorney in the Antitrust Division ("Decl."), on January 31, 2008, John Cockerham and Melissa Cockerham signed guilty pleas and agreed to cooperate with the continuing investigation into corruption occurring in Kuwait and Iraq.

Decl., ¶2.[1] John Cockerham pled guilty to one count of conspiracy, in violation of 18 U.S.C. § 371; one count of bribery, in violation of 18 U.S.C. § 201(b); and one count of money laundering conspiracy, in violation of 18 U.S.C. § 1956(h). Melissa Cockerham, Major Cockerham's sister and co-defendant, pled guilty to one count of money laundering conspiracy, in violation of 18 U.S.C. § 1956(h). Id. When John Cockerham and Melissa Cockerham appeared before the district court to enter their guilty pleas on February 1, 2008, the prosecutors orally moved to have the plea agreements and plea proceeding placed under seal to secure the Cockerhams' cooperation to continue the investigation in a covert fashion. Decl., ¶¶ 3, 4.

Because the plea agreement was ordered sealed, the prosecutors did not disclose that Major Cockerham had pled guilty to the undersigned counsel or other members of the Civil Division of the Department of Justice. Decl. ¶¶ 6, 7, 9. The criminal prosecutors have advised that, at the time they provided information for and reviewed our status report in this case, they believed that the order placing the guilty pleas under seal

[1] Mr. Pletcher's declaration was filed in Gulf Group General Enterprises Co. W.L.L. v. United States, Case No. 07-82C (Ct. Fed. Cl.) On July 3, 2008. We are attaching Mr. Pletcher's declaration to this status report as the information provided to the Court in this matter was also provided by Mr. Pletcher.

prevented disclosure to the Civil Division. Decl. ¶ 6.

Counsel obtained all information concerning the criminal investigation included in the Government's status report filed on May 30, 2008, from the prosecutors in the criminal case. On April 4, 2008, Mr. Pletcher informed Mr. Bigler, counsel of record in this case, that the prosecutors did not expect Major Cockerham's trial to go forward on April 21, 2008. Decl. ¶7. On April 23, 2008, Mr. Pletcher informed Mr. Bigler that Major Cockerham's trial did not go forward on April 21, 2008, and that Major Cockerham's trial was delayed by the mutual consent of the parties. Decl. ¶9. This information was incorporated into the status report filed on May 30, 2008. Mr. Pletcher reviewed the May 30, 2008 status report prior to filing. Neither Mr. Pletcher nor anyone else disclosed the guilty pleas to counsel while we were preparing the status report. As a result, counsel did not learn of the guilty pleas until June 25, 2008, when we received the press release.[2] At the time we filed the status report in this matter, counsel believed that it was accurate based upon the

[2] Shortly after the press release was issued on June 24, 2008, Mr. Pletcher contacted attorneys in the Civil Division assigned to the Court of Federal Claims cases, as well as other Government attorneys, proposing that attorneys from the Civil Division and the criminal prosecutors meet, but he did not mention the press release or guilty pleas.

information provided by the criminal prosecutors.

We apologize to the Court for the incorrect information contained in our prior status report. As officers of the Court and attorneys for the Department of Justice, we are well aware of our special responsibility to provide the Court with complete and accurate information. We are also sensitive to the need to avoid interference with criminal proceedings (See, e.g., F.R. Crim. P. 6(e)), and, consequently, must rely upon representations from prosecutors concerning the status of those proceedings while they are continuing. We only became aware of the need to correct our prior status report on June 25, 2008, and we promptly initiated our own inquiry to determine the facts and circumstances of which we previously were unaware. We regret the need to correct our prior omissions and incomplete statements.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0315
Fax: (202) 514-8624

July 10, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler