# In the United States Court of Federal Claims

No. 06-853C
Filed: August 25, 2008

| | |
|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## ORDER

Pursuant to RCFC 40.1(b), this case is hereby transferred to the Honorable Marian Blank Horn for the conduct of further proceedings. Judge Horn has consented to this transfer.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**