# In the United States Court of Federal Claims

| | |
|---|---|
| **GULF GROUP GENERAL ENTERPRISES CO. W.L.L.,** | |
| **Plaintiff,** | |
| **v.** | **Nos. 07-82C, 06-835C, 06-853C, 06-858C** |
| **UNITED STATES,** | **Filed: August 28, 2008** |
| **Defendant.** | |

## O R D E R

Case nos. 06-835C, 06-853C and 06-858C, with the same caption as above, have been consolidated under lead case no. 07-82C, all with the undersigned judge. The court's July 14, 2008 Order in case no. 07-82C scheduled a status conference for September 12, 2008. A status conference also was scheduled in case no. 06-835C for September 4, 2008, at 3:30 p.m. In light of the consolidation of the cases, the September 5, 2008 status report and September 12, 2008 conference scheduled in case no. 07-82C are **CANCELLED**. Instead, all counsel for the parties in the above four cases shall participate in the previously scheduled conference on **Thursday, September 4, 2008, at 3:30 p.m. EDT**. The Assistant United States Attorney mentioned in the July 16, 2008 Order in case no. 06-835C need not appear for this conference. Counsel may appear by telephone for the conference. Unless otherwise notified, Ms. Hands will be contacted at (504) 525-9800, Mr. Bigler will be contacted at (202) 307-0315, Mr. Chandler will be contacted at (202) 514-4678, and Major Gary will be contacted at (571) 230-8914. The parties shall be prepared to address whether or not the stay should be lifted in case nos. 07-82C, 06-835C and 06-858C, and whether case no. 06-853C should remain unstayed, as well as a future schedule for proceeding in the now consolidated cases.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**